Patrick M. Howe (SBN 154669)
*pat@patrickhowelaw.com*
PATRICK HOWE LAW, APC
402 W. Broadway, Ste. 1025
San Diego, CA 92101
(619) 398-3422 Phone
(619) 452-2507 Fax

Attorney for plaintiff
Integon National Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Integon National Insurance Company,<br><br>             Plaintiff,<br><br>    v.<br><br>Olga Toscano; Miguel Pantoja; and Shelly Beetler, in her capacity as personal representative of the Estate of Scott Allen Beetler;<br><br>             Defendants. | Case No. 5:22-cv-01241-FLA-SP<br><br>**Notice of Settlement** |

1. Pursuant to L.R. 16-15.7, plaintiff hereby notifies the Court that the state court injury action alleged in plaintiff's complaint, which is the basis for this declaratory relief case, is in the process of being dismissed. Counsel for defendants Olga Toscano and Miguel Pantoja has filed a request for dismissal without prejudice in the state court action. Once that dismissal request has been approved by the state court, plaintiff will file a stipulation for dismissal without prejudice of this case. Plaintiff anticipates it will be able to do so within the next 30 days.

November 25, 2022

PATRICK HOWE LAW, APC

By: */s/ Patrick M. Howe*
Patrick M. Howe
Attorney for plaintiff Integon
National Insurance Company
Insurance Company